IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Archie, Adrean D

Printed: 11/13/07

Case Number: 07 B 04361
Judge: Squires, John H
Filed: 3/13/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 3, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,353.85 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,280.74 |
| Trustee Fee: |  | 73.11 |
| Other Funds: |  | 0.00 |
| Totals: | 1,353.85 | 1,353.85 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,984.00 | 1,280.74 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | American General Finance | Secured | 3,653.70 | 0.00 |
| 4. | Wells Fargo Home Mortgage | Secured | 19,500.00 | 0.00 |
| 5. | Educational Credit Management Corp | Unsecured | 0.00 | 0.00 |
| 6. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 88.52 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 1,200.00 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 2,685.43 | 0.00 |
| 10. | Wachovia Bank | Unsecured |  | No Claim Filed |
|  |  |  | $ 29,111.65 | $ 1,280.74 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 73.11 |
|  | $ 73.11 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Archie, Adrean D | Case Number:  07 B 04361 |
| | Judge:  Squires, John H |
| Printed:  11/13/07 | Filed:  3/13/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_